# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREEM A. CHEATHAM, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| SOCIAL SECURITY ADMINISTRATION, | : | No. 21-cv-00741-RAL |
| Defendant | : | |

## O R D E R

**AND NOW** this 31st day of March, 2022, upon consideration of the parties' submissions, it is **ORDERED** that:

1. The Commissioner's motion to dismiss Plaintiff's complaint (Doc. No. 21) is **GRANTED**;

2. **JUDGMENT IS ENTERED** by separate document, in favor of the Acting Commissioner of Social Security, Kilolo Kijakazi, filed contemporaneously. See *Shalala v. Schaefer*, 509 U.S. 292, 303 (1993); *Kadelski v. Sullivan*, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a); and

3. The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

BY THE COURT:

*s/Richard A. Lloret*
**RICHARD A. LLORET**
**U.S. Magistrate Judge**